RICHARD A. MATZA *v.* JANE W. MATZA

The plaintiff's cross petition for certification for appeal from the Appellate Court, 27 Conn. App. 769, is granted, limited to the following issue:

"Was the Appellate Court correct in finding that dissolution litigants have a constitutional right to counsel of their choice?"

*C. Ian McLachlan,* in support of the petition.

Decided September 17, 1992

VICTOR SANTIAGO *v.* WARDEN, STATE PRISON

The petitioner's petition for certification for appeal from the Appellate Court, 27 Conn. App. 780, is denied.

*Paula Mangini Montonye,* assistant public defender, in support of the petition.

*Kevin T. Kane,* assistant state's attorney, in opposition.

Decided September 17, 1992